AO 241 (Rev. 09/17)

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2026 FEB -6  AM 10: 33

OFFICE OF THE CLERK

**PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF
HABEAS CORPUS BY A PERSON IN STATE CUSTODY**

| United States District Court | District: NEBRASKA |
|---|---|

| Name (under which you were convicted): ADRIAN GUTIERREZ MARTINEZ | Docket or Case No.: **8:26cv52** |
|---|---|

| Place of Confinement : LINCOLN REGIONAL CENTER | Prisoner No.: |
|---|---|

| Petitioner (include the name under which you were convicted) ADRIAN G MARTINEZ | v. | Respondent (authorized person having custody of petitioner) DR. GANAT ROY, MD DR. MEGAN MANHEIM, Ph.D |
|---|---|---|

The Attorney General of the State of: MIKE HILGERG — NEBRASKA

**PETITION**

ACTUAL INNOCENCE CLAIM

1.  (a) Name and location of court that entered the judgment of conviction you are challenging:

    BOARD OF MENTAL HEALTH 4 th JUDICIAL
    DISTRICT OF NEBRASKA
    CIVIL COMMITMENT/ADMISSIONS

    (b) Criminal docket or case number (if you know): CR 16-21899

2.  (a) Date of the judgment of conviction (if you know): N/A

    (b) Date of sentencing: N/A

3.  Length of sentence: 18 MONTH-PLUS LIFETIME COMMITMENT

4.  In this case, were you convicted on more than one count or of more than one crime?  ☒ Yes    ☐ No

5.  Identify all crimes of which you were convicted and sentenced in this case: FOR CIVIL COMMITMENT

    PURPOSES: "4 PAST INSTANCES OF OMAHA
    CITY ORDINANCES OF LEWD CONDUCT AND
    INDECENT EXPOSURE FROM 2005 TO 2013"

    _____

    _____

    _____

6.  (a) What was your plea? (Check one)

    ☒ (1)  Not guilty        ☐  (3)  Nolo contendere (no contest)

    ☐ (2)  Guilty            ☐  (4)  Insanity plea

AO 241 (Rev. 09/17)

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to? _____

_____

_____

_____

_____

_____

(c) If you went to trial, what kind of trial did you have? (Check one)

☐ Jury    ☐ Judge only    *CIVIL COMMITMENT HEARING*

7.   Did you testify at a pretrial hearing, trial, or a post-trial hearing?

☐ Yes    ☒ No

8.   Did you appeal from the judgment of conviction? *N/A*

☐ Yes    ☐ No

9.   If you did appeal, answer the following:

(a) Name of court: _____

(b) Docket or case number (if you know): _____

(c) Result: _____

(d) Date of result (if you know): _____

(e) Citation to the case (if you know): _____

(f) Grounds raised: _____

_____

_____

_____

_____

_____

(g) Did you seek further review by a higher state court?    ☒ Yes    ☐ No

If yes, answer the following:

(1) Name of court:    *NEBRASKA COURT OF APPEALS*

(2) Docket or case number (if you know):    *UNKNOWN*

(3) Result:    *"AFFIRMED"*

AO 241 (Rev. 09/17)

(4) Date of result (if you know): _____

(5) Citation to the case (if you know): _____

(6) Grounds raised:

_____

_____

_____

_____

(h) Did you file a petition for certiorari in the United States Supreme Court?    ❑ Yes    ❑ No

If yes, answer the following:

(1) Docket or case number (if you know): _____

(2) Result:

_____

_____

(3) Date of result (if you know): _____

(4) Citation to the case (if you know): _____

10.    Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?    ❑ Yes    ❑ No

11.    If your answer to Question 10 was "Yes," give the following information:

(a)    (1) Name of court: _____

(2) Docket or case number (if you know): _____

(3) Date of filing (if you know): _____

(4) Nature of the proceeding: _____

(5) Grounds raised:

_____

_____

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

❑ Yes    ❑ No

(7) Result: _____

AO 241 (Rev. 09/17)

(8) Date of result (if you know): _____

(b) If you filed any second petition, application, or motion, give the same information:

    (1) Name of court: _____

    (2) Docket or case number (if you know): _____

    (3) Date of filing (if you know): _____

    (4) Nature of the proceeding: _____

    (5) Grounds raised:

    _____

    _____

    _____

    _____

    _____

    _____

    _____

    (6) Did you receive a hearing where evidence was given on your petition, application, or motion?

    ☐ Yes    ☐ No

    (7) Result: _____

    (8) Date of result (if you know): _____

(c) If you filed any third petition, application, or motion, give the same information:

    (1) Name of court: _____

    (2) Docket or case number (if you know): _____

    (3) Date of filing (if you know): _____

    (4) Nature of the proceeding: _____

    (5) Grounds raised:

    _____

    _____

    _____

    _____

    _____

    _____

    _____

AO 241 (Rev. 09/17)

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes      ☐ No

(7) Result: _____

(8) Date of result (if you know): _____

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

(1) First petition:     ☐ Yes      ☐ No

(2) Second petition:    ☐ Yes      ☐ No

(3) Third petition:     ☐ Yes      ☐ No

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

_____

_____

12.   For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

GROUND ONE:   "COMITTED AS A DANGEROUS SEX OFFENDER UNDER AN INAPPLICABLE STATUTE"

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

NEB REV ST 83-174.01 (5) IS A STATUTE THAT DOES NOT APPLY TO PETITIONER BECAUSE IT DOES NOT PROHIBIT — LEWD CONDUCT AND INDECENT EXPOSURE UNDER THE NEBRASKA SEX OFFENDER COMMITMENT ACT. NEB REV ST 71-1201 et seq.

(b) If you did not exhaust your state remedies on Ground One, explain why:   SEE ATTACHED 5 PAGE PETITION PAGE 4.

☒ PETITION CLAIMS ACTUAL INNOCENCE/MISCARRIAGE OF JUSTICE

_____

_____

Page 6 of 16

AO 241 (Rev. 09/17)

(c)    **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?    ❏  Yes    ❏  No

(2) If you did not raise this issue in your direct appeal, explain why: _____

_____

_____

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

❏  Yes    ❏  No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3) Did you receive a hearing on your motion or petition?    ❏  Yes    ❏  No

(4) Did you appeal from the denial of your motion or petition?    ❏  Yes    ❏  No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?    ❏  Yes    ❏  No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

_____

_____

AO 241 (Rev. 09/17)

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One: _____

_____

**GROUND TWO:** *"ACTUAL INNOCENCE" BY BEING COMMITTED FOR NON-EXISTENT AND NON-*

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
*QUALIFYING SEX OFFENSES IN CONTRAVENTION OF NEB. REV ST 83-174.01*

*AS NOTED — LEWD CONDUCT AND INDECT EXPOSURE ARE NOT SEX OFFENSES THAT REQUIRE REGISTRATION AS A SEX OFFENDER UNDER NEBRASKA REVIVED STATUTE 83-174.01 (5) SEX 29-4003*

(b) If you did not exhaust your state remedies on Ground Two, explain why: *SEE ATTACHED 5 PAGE PETITION PAGE 4 PETITION CLAIM ACTUAL INNOCENCE/MISCARRIAGE OF JUSTICE*

(c) **Direct Appeal of Ground Two:**

    (1) If you appealed from the judgment of conviction, did you raise this issue?    ❑ Yes   ❑ No

    (2) If you did <u>not</u> raise this issue in your direct appeal, explain why: _____

_____

(d) **Post-Conviction Proceedings:**

    (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

        ❑ Yes   ❑ No

    (2) If your answer to Question (d)(1) is "Yes," state:

    Type of motion or petition: _____

    Name and location of the court where the motion or petition was filed: _____

_____

    Docket or case number (if you know): _____

AO 241 (Rev. 09/17)

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3) Did you receive a hearing on your motion or petition?            ❐ Yes    ❐ No

(4) Did you appeal from the denial of your motion or petition?       ❐ Yes    ❐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   ❐ Yes    ❐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

_____

(e)    **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two : _____

_____

_____

_____

**GROUND THREE:** _____

_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_____

_____

_____

_____

_____

_____

AO 241 (Rev. 09/17)

(b) If you did not exhaust your state remedies on Ground Three, explain why: _____

_____

_____

(c)   **Direct Appeal of Ground Three:**

   (1) If you appealed from the judgment of conviction, did you raise this issue?   ☐ Yes   ☐ No

   (2) If you did not raise this issue in your direct appeal, explain why: _____

_____

_____

(d)   **Post-Conviction Proceedings:**

   (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

         ☐ Yes      ☐ No

   (2) If your answer to Question (d)(1) is "Yes," state:

   Type of motion or petition: _____

   Name and location of the court where the motion or petition was filed: _____

_____

   Docket or case number (if you know): _____

   Date of the court's decision: _____

   Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

   (3) Did you receive a hearing on your motion or petition?   ☐ Yes   ☐ No

   (4) Did you appeal from the denial of your motion or petition?   ☐ Yes   ☐ No

   (5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   ☐ Yes   ☐ No

   (6) If your answer to Question (d)(4) is "Yes," state:

   Name and location of the court where the appeal was filed: _____

_____

   Docket or case number (if you know): _____

   Date of the court's decision: _____

   Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

_____

AO 241 (Rev. 09/17)

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

_____

(e)     **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you

have used to exhaust your state remedies on Ground Three: _____

_____

_____

**GROUND FOUR:** _____

_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_____

_____

_____

_____

_____

_____

(b) If you did not exhaust your state remedies on Ground Four, explain why: _____

_____

_____

_____

(c)     **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue?     ❏   Yes     ❏   No

(2) If you did not raise this issue in your direct appeal, explain why: _____

_____

(d)     **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

❏   Yes     ❏   No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

Page 11 of 16

AO 241 (Rev. 09/17)

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion or petition?    ☐ Yes    ☐ No

(4) Did you appeal from the denial of your motion or petition?    ☐ Yes    ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?    ☐ Yes    ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

(e)  **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four:

AO 241 (Rev. 09/17)

13.   Please answer these additional questions about the petition you are filing:

(a)   Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction?   ☐ Yes   ☐ No

If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them:

_____

_____

_____

(b)   Is there any ground in this petition that has not been presented in some state or federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

_____

_____

_____

14.   Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition?   ☐ Yes   ☐ No
If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion or order, if available.

_____

_____

_____

_____

_____

_____

15.   Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging?   ☐ Yes   ☐ No
If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.

_____

_____

_____

_____

AO 241 (Rev. 09/17)

16.    Give the name and address, if you know, of each attorney who represented you in the following stages of the
       judgment you are challenging:

       (a) At preliminary hearing: _____

       _____

       (b) At arraignment and plea: _____

       _____

       (c) At trial: _____

       _____

       (d) At sentencing: _____

       _____

       (e) On appeal: _____

       _____

       (f) In any post-conviction proceeding: _____

       _____

       (g) On appeal from any ruling against you in a post-conviction proceeding: _____

       _____

       _____

17.    Do you have any future sentence to serve after you complete the sentence for the judgment that you are
       challenging?            ☐ Yes    ☐ No

       (a) If so, give name and location of court that imposed the other sentence you will serve in the future:

       _____

       _____

       (b) Give the date the other sentence was imposed: _____

       (c) Give the length of the other sentence: _____

       (d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the
       future?            ☐ Yes    ☐ No

18.    TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain
       why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

       _____

       _____

       _____

       _____

       _____

AO 241 (Rev. 09/17)

"STATEMENT OF CLAIM"

PURSUANT TO NEB REV ST 71-1211 THE
RESPONDENTS KNOWINGLY RELY ON A
FACIALLY VOID AFFIDAVIT AND LB 1199
PSYCHOLOGICAL EVALUATION FROM 2017
THAT OMITS AND FAILS TO CHARGE A VALID
SEXUAL OFFENSE OR COMMITABLE OFFENSE
AS REQUIRED UNDER NEB REV ST 83-174.01(5)
IN ACCORDANCE WITH THE NEBRASKA SEX
OFFENDER COMMITMENT ACT ("SOCA")
NEB REV ST 71-1201 et seq. —

INSTEAD RESPONDENTS KNOWINGLY RELY ON
4 PAST INSTANCES OF OMAHA CITY
ORDINANCES OF LEWD CONDUCT AND INDECENT
EXPOSURE — WHICH ARE NOT COMMITABLE
AND NON-REGISTRABLE OFFENSES. —

BASED ON THESE FACTS — THE PETITIONER IS
ACTUALLY INNOCENT. —

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in

part that:

(1)  A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in
custody  pursuant to the judgment of a State court.  The limitation period shall run from the latest of -

(A)  the date on which the judgment became final by the conclusion of direct review or the expiration
of the time for seeking such review;

(B)  the date on which the impediment to filing an application created by State action in violation of
the Constitution or laws of the United States is removed, if the applicant was prevented from
filing by such state action;

(C)  the date on which the constitutional right asserted was initially recognized by the Supreme Court,
if the right has been newly recognized by the Supreme Court and made retroactively applicable to
cases on collateral review; or

(D)  the date on which the factual predicate of the claim or claims presented could have been
discovered through the exercise of due diligence.

IN THE UNITED STATES DISTRICT COURT OF NEBRASKA

ADRIAN GUTIERREZ MARTINEZ

V.

DR. SANAT ROY., MD
MEDICAL DIRECTOR
DR. MEGAN MANHEIM., Ph.D
PROGRAM DIRECTOR
LINCOLN REGIONAL CENTER

ACTUAL INNOCENCE
CLAIM

CASE No. _____

FEDERAL WRIT OF HABEAS CORPUS
UNDER 28 USC 2254

" STATEMENT OF CLAIM "

A.) ON 10/29/2025_THE PETITIONER WAS
ADMITTED TO THE LINCOLN REGIONAL CENTER
AS A DANGEROUS SEX OFFENDER_ UNDER
NEB. REV. ST. 83-174.01 _ AND THE
NEBRASKA SEX OFFENDER COMMITMENT ACT.
("SOCA")_ NEB. REV. ST. 71-1201 et seq_____

B.) AS SET FOURTH IN NEBRASKA REVISED
STATUTE 71-1211_ THE PETITIONERS
ADMISSION AND DETENTION IS NOT IN
ACCORDANCE WITH THE NEBRASKA SEX OFFENDER
COMMITMENT ACT ("SOCA"). _____

C.) PETITIONERS STATES THAT BASED ON THE FACTS
HE IS ACTUALLY INNOCENT_ ILLEGALLY CONFINED
AND FALSELY IMPRISONED _IN VIOLATION of
THE 4th AND 14th AMENDMENTS OF THE
UNITED STATES CONSTITUTION. ____

D.) THE PETITIONERS SEEKS_ HABEAS CORPUS
RELIEF_ AND RELEASE UNDER THE ACTUAL
INNOCENCE GATEWAY_ AND FUNDAMENTAL
MISCARRIAGE OF JUSTICE STANDARD ____

# ACTUAL INNOCENCE / MISCARRIAGE OF JUSTICE

## I

## "STATEMENT OF CLAIM"

1. RESPONDENTS KNOWINGLY RELY ON A FACIALLY VOID AFFIDAVIT AND LB 1199 PSYCHOLOGICAL EVALUATION FROM 2017 TO ILLEGALLY AND CONTINUOUSLY DEPRIEVE THE PETITIONER OF HIS LIBERTY __

2. RESPONDENTS CONTEND THAT PETITIONERS 4 PRIOR CONVICTIONS OF OMAHA CITY ORDINANCES OF __ LEWD CONDUCT AND INDECENT EXPOSURE __ JUSTIFIES HIS CLASSIFICATION AND COMMITMENT AS A DANGEROUS SEX OFFENDER UNDER THE NEBRASKA SEX OFFENDER COMMITMENT ACT. NEB. REV. ST. 7/01 et. seg. __

3. IN ORDER TO ILLEGALLY JUSTIFY THE PETITIONER'S __ ADMISSION INTO THE LINCOLN REGIONAL CENTER __ THE RESPONDENTS CLAIM THE PETITIONER __ MEETS THE CRITERIA AS A DANGEROUS SEX OFFENDER AS OUTLINED BY __ NEB. REV ST. 83-174.01__.

4. NEB REV. ST. 83-174.01__ PRIMARILY REQUIRES, A DANGEROUS SEX OFFENDER TO DEFINE ANY PERSON WHO HAS BEEN CONVICTED OF AN OFFENSE LISTED IN SECTION 29-4002 FOR WHICH REGISTRATION AS A SEX OFFENDER IS REQUIRED. See NEB REV. ST. 83-174.01 (5)

5. THE PETITIONER CONTENDS THAT __ LEWD CONDUCT AND INDECENT EXPOSURE ARE NOT LISTED IN __ SECTION 29-4002 FOR WHICH REGISTRATION AS A SEX OFFENDER IS REQUIRED" __

6. PETITIONER CONTENDS THAT HE IS ACTUALLY INNOCENT BECAUSE NEB REV ST 83-174.01 (5) DOES NOT APPLY TO HIM __ AS NOT MEETING THE STATUTORY CRITERIA FOR COMMITMENT AS A __ DANGEROUS SEX OFFENDER. __

## LEWD CONDUCT AND INDECENT EXPOSURE
## IS NOT PROHIBITED CONDUCT UNDER
## NEB REV ST 83-174.01 (5)
## "INAPPLICABLE STATUTE"
## ACTUAL INNOCENCE

1. TO REITERATE — LEWD CONDUCT AND INDECENT EXPOSURE ARE NOT OFFENSES THAT REQUIRE REGISTRATION AND COMMITMENT AS A DANGEROUS SEX OFFENDER UNDER — NEB REV. ST. 83-174.01 (5) — THEREFORE THIS STATUTE DOES NOT APPLY TO PETITIONER RENDERING HIS COMMITMENT ILLEGAL. __

8. BECAUSE — NEB REV. ST. 83-174.01 DOES NOT APPLY LEWD CONDUCT AND INDECENT EXPOSURE ARE CONSIDERED TO BE NON-EXISTENT OFFENSES.

9. BECAUSE NEB REV ST 83-174.01 (5) DOES NOT APPLY — THIS STATUTE INDICATES THAT THE PETITIONER'S INVOLUNDAY COMMITMENT INTO THE LINCOLN REGIONAL CENTER IS ILLEGAL FOR CONDUCT THAT IS NOT PROHIBITED BY NEBRASKA LAW — AND THE PETITIONER IS THEN ACTUALLY INNOCENT. __

   See REYES-REQUENA V U.S., 243 F 3d 893 (5th CIR 2001)

   __ COURTS HAVE FRAMED THE ACTUAL INNOCENCE FACTOR DIFFERENTLY. BUT THE IDEA IS THAT THE PETITIONER MAY HAVE BEEN IMPRISONED FOR CONDUCT NOT PROHIBITED BY LAW. __

   U.S. V. MEACHUM, 626 F2d 503 (5th CIR 1980) . . . ESTABLISHES THAT A DISTRICT COURT IS WITHOUT JURISDICTION TO ACCEPT A PLEA TO A NON-OFFENSE. __

## LACK OF ADEQUATE STATE REMEDIES
### "EXHAUSTION"

10. THE PETITIONER DOES NOT HAVE ADEQUATE WAYS OR MEANS TO EXHAUST STATE REMEDIES UNDER THE NEBRASKA SEX OFFENDER COMMITMENT ACT ("SOCA")

11. AN ATTEMPT IN EXHAUSING ANY STATE REMEDIES UNDER THE THE ("SOCA") WOULD BE FUTILE IN WHICH AN APPEAL WOULD BE STRICKLY LIMITED TO WHETHER OR NOT THE PETITIONER'S:

- "MENTAL ILLNESS OR PERSONALLY DISORDER HAS BEEN SUCCESSFULLY TREATED OR MANAGED TO THE EXTENT THAT THE SUBJECT, NO LONGER POSES A THREAT TO THE PUBLIC."

SEE, NEB REV. ST. 7/-1219 (2) (a).

12. THE PETITIONER SHOULD BE ABLE TO CROSS THE ACTUAL INNOCENCE GATEWAY_ AND MEET THE FUNDAMENTAL MISCARRIAGE OF JUSTICE STANDARD. ____

### "CONCLUSION"

13. BASED ON THE FOREGOING _ THE PETITIONER IS ACTUALLY INNOCENT_ BECAUSE NEB REV. ST. 83-174.01 (5) DOES NOT APPLY BECAUSE IT DOES NOT PROHIBIT_ ACTS OF PUBLIC LEWDNESS ETC. DUE TO THE FACT THAT SUCH PETIT CRIMES ARE NOT LISTED OR QUALIFYING OFFENSES_ FOR WHICH REGISTRATION AS AS A SEX OFFENDER IS REQUIRED _ IN NEBRASKA _ UNDER NEB REV. ST 29-4003.

Sincerely"
S/. Adrian Martinez                    1_30th 2026

ADRIAN G. MARTINEZ
LINCOLN REGIONAL CENTER

★ UNDER PENALTY OF PERJURY 28 USC 1746

## NEBRASKA REVISED STATUTE 83-174.01 DOES NOT APPLY TO, OR PROHIBITS LEWD CONDUCT OR INDECENT EXPOSURE UNDER OMAHA CITY ORDINANCES

### DANGEROUS SEX OFFENDER

1. THE AFFIDAVIT IN THIS CASE IS VOID BY FAILING TO INCLUDE A QUALIFYING SEX OFFENSE.THEREFORE THE BOARD OF MENTAL HEALTH LACKED SUBJECT MATTER JURISDICTION – TO TRY THE PETITIONER FOR THE NON – QUALIFYING OFFENSES OF LEWD CONDUCT AND INDECENT EXPOSURE.

2. BECAUSE LEWD CONDUCT AND INDECENT EXPOSURE ARE EXCLUDED FROM THE NEBRASKA SEX OFFENDER COMMITMENT ACT ( SOCA ), THE PETITONER IS ILLEGALLY COMMITTED AS DANGEROUS SEX OFFENDER UNDER NEBRASKA REVISED STATUTE 83 – 174 .01. ( 5 ).

3. IT FOLLOWS THAT THE PETITIONER IS BEING INCARCERATED IN CONTRAVENTION OF NEBRASKA REVISED STATUTE ███████ ET. SEQ AND IS ENTITLED TO HABEAS CORPUS RELEASE FROM STATE CUSTODY.

See, IN RE BEVILL , 69 CAL. RPTR. 599 ( 1968 )

AT PAGE 604

*** A DEFENDANT IS ENTITLED TO HABEAS CORPUS IF IT APPEARS THAT THE STATUTE UNDER WHICH HE WAS CONVICTED DID NOT PROHIBIT HIS CONDUCT.

AT PAGE 604

*** { 442 P2d 685 } PETITIONERS CONVICTION IS NOT VALID BECAUSE THE STATUTE UNDER WHICH HE WAS CONVICTED DID NOT PROHIBIT HIS CONDUCT......

U.S. V. MEACHUM. 626 F2d. 503 ( 5TH CIR. 1980 ).

..... ESTABLISHES THAT A DISTRICT COURT IS WITHOUT JURISDICTION TO ACCEPT A PLEA TO A NON – OFFENSE.

X _____

ADRIAN MARTINEZ

███████████

P.O. BOX 1209

NORFOLK , NE 68702 -- 1209

ON THIS 15th OF DEC 2025

PAGE 5 of 5

AO 241 (Rev. 09/17)

(2)     The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Therefore, petitioner asks that the Court grant the following relief: _REYEASE FROM_ _UNLAWFUL CUSTODY — EVIDENTIARY HEARING_

or any other relief to which petitioner may be entitled.

_____ _N/A_
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on _1-30-26_ (month, date, year).

Executed (signed) on _JAN 30th_ (date). _2026_

X_____
Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition.

_____

_____

_____

_____

RECEIVED

FEB 0 6 2026

CLERK
U.S. DISTRICT COURT

Adrian Martinez
P.O. Box 94949
Lincoln, NE. 68509-4949

25-11-00

Legal Mail

RECEIVED

FEB 0 6 2026

CLERK
U.S. DISTRICT COURT


quadient
FIRST CLASS MAIL
44⁰

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
111 S 18th PLAZA., SUITE 1152
OMAHA, NEBRASKA
68102-1322